CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Phazon M. Bolton KT-6256_
**Full Name of Plaintiff     Inmate Number**

v.

_SGT. Stamm_
**Name of Defendant 1**

_C.O. Kimmel_
**Name of Defendant 2**

_L.T. John Doe_
**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**
(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

( __ ) Demand for Jury Trial
( __ ) No Jury Trial Demand

FILED
HARRISBURG, PA

JUN 2 4 2021

PER __JM__
DEPUTY CLERK

I.  **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___  Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II.   **ADDRESSES AND INFORMATION**

A.   **PLAINTIFF**

Name (Last, First, MI): Bolton Phazon Martel

Inmate Number: KT-6256

Place of Confinement: SCI Coal Township

Address: 1 kelly Drive

City, County, State, Zip Code: Coal Township, PA, 17866

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B.   **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First): Stamm

Current Job Title: Sergent

Current Work Address: ~~Sergent~~ SCI Coal Township 1 kelly Dr.

City, County, State, Zip Code: Coal Township, PA, 17866

Defendant 2:

Name (Last, First): Kimmel

Current Job Title: C.O. 1 Corrections Officer

Current Work Address: SCI Coal Township 1 Kelly Dr.

City, County, State, Zip Code: Coal Township, PA, 17866

Defendant 3:

Name (Last, First): John Doe

Current Job Title: Lutindent

Current Work Address: SCI Coal Township

City, County, State, Zip Code: 1 Kelly Drive, Coal Township, PA, 17866

Defendant 4:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

Defendant 5:

Name (Last, First):

Current Job Title:

Current Work Address:

City, County, State, Zip Code:

III. Statement of Facts

C. and a L.T. rush in the room and just look at me before I passed out. I dont remember much after that but being rushed to the hospital. I was hospitalized for (5) Five days befor returned to the prison.

### III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

In SCI Coal Township's BHU - POC holding Cage

B.    On what date did the events giving rise to your claim(s) occur?

The incident happen on 10/01/2020

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was removed from my cell in the BHU pod 2 Cell 7 after reporting suicidel thoughts. To the POC holding cage, I was escorted to the POC cage by SGT. Stamm, L.T. "John Doe" and I thank (4) Four Corrections Officers unsure of who the are, one of the had the camera. While in the cage psychology specialist Ms. Michelle Bless and 6PS worker inmate "John Doe" comes in to the room where I was held and the inmate starts telling me (im acting out for no reason and I know what I did to come to prison) This went on until I yell at the to leave me alone and they both left the room. From that point, SGT. Stamm is standing outside the room as im venting to myself and tells me to "shut the fuck up" and kill myself we dont care. I told him to shut up and leave me alone, again he tells me to kill myself before he does and closes the door. As I take off my shirt and starts to rip in C.O. Kimmel is outside the door with Stamm telling me I dont have the ball to do it and im not built like that. I took my shirt tied them on the bars above the cage wraped it around my neck and hung myself. I seen officers

## IV.  LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I believe my following Constitutional Right and Laws were violated

1) Eighth Amendment right, protection from Physical Brutality, Cruel and Unusual Punishment, Serious Medical Need, Deliberate Indifference,

2) Fourteenth Amendment, The Due Process of state Law

3) Aaction under color of Federal Law

4) Action under color of State Law

5) Intentional Torts, Assault and Battery

## V.  INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Laceration to top left of my head above forehead, swollen on my face in eyes, lips and lumps on forehead. Fear of my life & wellbeing

## VI.  RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Im requesting the following; Compensatory damages, Punitive damages and conviction. Transfer in fear of my life by staff.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*[signature]*
Signature of Plaintiff

05/14/2021
Date

Phazon Bolton KT-6256
SCI Coal Township
1 Kelley Drive
Coal Township PA, 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS



Mr. Peter Welsh
United State District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA, 17108

RECEIVED
HARRISBURG, PA
JUN 24 2021
PER _____
DEPUTY CLERK