NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Phazon M. Bolton

RECEIVED SCRANTON Plaintiff(s)

AUG 13 2021
PER _____ DEPUTY CLERK

v.

Sgt. Stamm, et al.

Defendant(s).

CASE NUMBER:

4:21-CV-01126

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Only)

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 2021-08**

In accordance with Standing Order 21-8, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to Magistrate Judge _William I. Arbuckle_. All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent. This Consent Form was sent on _08/05/21_.

☑ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 21-8, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☐ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge. The case will be randomly assigned to a District Judge, within the Middle District of Pennsylvania, but not necessarily in the location in which the case was filed.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Phazon M. Bolton | Phazon Bolton  8-10-21 | |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _William I. Arbuckle_ for all further proceedings.

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)

Phazon Bolton
SCI Coal Township
KT-6256
1 Kelley Drive
Coal Township PA, 17866

Clerk's Administrative Assistant,
Clerk's Office
U.S. District Court
P.O. Box 1148
Scranton, PA, 18501-1148

HARRISBURG PA 171

RECEIVED
SCRANTON
AUG 18 2021
PER_____
DEPUTY CLERK

18501-114848

"Inmate Mail PA DEPT. OF CORRECTIONS"

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| Phazon M. Bolton | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 4:21-CV-01126 |
| v. | |
| Sgt. Stamm, et al. | **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** (For use in Direct Assignment of Civil Cases to Magistrate Judges Only) |
| Defendant(s) | |

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 2021-08**

In accordance with Standing Order 21-8, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to Magistrate Judge_____. All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent. This Consent Form was sent on 08/05/21.

[X] The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 21-8, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

[ ] The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge. The case will be randomly assigned to a District Judge, within the Middle District of Pennsylvania, but not necessarily in the location in which the case was filed.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Jonathan Blake | [signature] 9/22/21 | Stamm, Kimmel |
| | | |
| | | |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge_____ for all further proceedings.