UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAZON M. BOLTON, | ) | CIVIL NO. 4:21-CV-01126 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| SGT. STAMM, *et al.,* | ) | |
| Defendants | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion it is HEREBY ORDERED THAT:

(1) This case is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

(2) Defendants Kimmel and Stamm's Motion for Summary Judgment (Doc. 61) is DEEMED MOOT; and

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: December 15, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge